**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 37635**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2011 Unpublished Opinion No. 340 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: February 2, 2011 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| ARANDU CHAVEZ MACEDA, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Juneal C. Kerrick, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of thirteen years, for voluntary manslaughter and consecutive indeterminate terms of five years for two counts of aggravated assault, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Erik R. Lehtinen, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

Pursuant to a plea agreement, Arandu Chavez Maceda entered *Alford*[1] pleas to one count of voluntary manslaughter, I.C. § 18-4006(1), and two counts of aggravated battery, I.C. §§ 18-901(a), 18-905(a). The district court sentenced Maceda to a unified term of fifteen years, with a minimum period of confinement of thirteen years, for voluntary manslaughter and consecutive indeterminate terms of five years for the two counts of aggravated assault. Maceda appeals.

_____

[1]    *See North Carolina v. Alford*, 400 U.S. 25 (1970).

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Maceda's judgment of conviction and sentences are affirmed.